# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Hon. James R. Lestage
District Attorney 36th JDC
P. O. Box 99
DeRidder LA 70634

Richard Alan Morton
Assistant DA
P. O. Box 99
DeRidder LA 70634-0099

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 19, 2020

## REHEARING ACTION: February 19, 2020

**Docket Number: 19   00341-KA**

**STATE OF LOUISIANA
VERSUS
AARON G. HAUSER**

**Appealed from Beauregard Parish Case No. CR-548-1983**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux
Hon. Phyllis M. Keaty
Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the **Application for Rehearing** and the **Motion for En Banc Rehearing** filed by the **State of Louisiana** has this day been

**DENIED.**

cc: Kristin Wenstrom, Counsel for the Appellant
    Jill Pasquarella, Counsel for the Appellant
    Annie Flanagan, Counsel for the Appellant